January 30, 1973.

M. P. No. 73-20. FRANCES SWENSON *et al. v.* CHARLES C. GOODMAN, *Director Department of Mental Health, Retardation and Hospitals.* Petition for writ of mandamus is denied without

prejudice to the right of petitioners to prosecute the matter in Superior Court. *Giovanni Folcarelli,* for petitioners. *Paul J. Pisano,* for respondent.